THIS OPINION HAS NO PRECEDENTAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Johnny A. Gainey,       
Appellant.
 
 
 

Appeal From Kershaw County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-146
Submitted December 23, 2003  Filed 
 March 1, 2004

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III , Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,;  
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Johnny A. Gainey was convicted 
 of voluntary manslaughter.  Gaineys appellate counsel has petitioned to be 
 relieved as counsel, stating he has reviewed the record and has concluded Morgans 
 appeal is without merit.  Gaineys appellate counsel asserts that the circuit 
 court erred in failing to grant his directed verdict motion, contending that 
 the evidence presented at trial established self-defense as a matter of law.  
 In a separate pro se brief, Gainey argues that the circuit court erred 
 in failing to grant his directed verdict motion, contending that the evidence 
 presented at trial established self-defense as a matter of law.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Gaineys appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.